No. 03–95. PENNSYLVANIA STATE POLICE *v.* SUDERS. C. A. 3d Cir. [Certiorari granted, 540 U. S. 1046.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of respondent and *amicus curiae* Lawyers' Committee for Civil Rights Under

Law for leave to allow Lawyers' Committee for Civil Rights Under Law to participate in oral argument as *amicus curiae* and for divided argument denied.